UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | |
| | ) | |
| Margaret M. Bayer, | ) | Case No. 11-41399-399 |
| | ) | |
| Debtors. | ) | Chapter 13 |
| | ) | |
| Margaret M. Bayer, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | |
| | ) | Adversary No. 11-04066-399 |
| American General Financial Services Inc. | ) | |
| | ) | |
| Defendant. | ) | |

## DEFAULT JUDGMENT

Judgment is hereby entered in favor of the Plaintiff, Margaret M. Bayer, and against the Defendant, American General Financial Services, Inc., in accordance with the terms of the Order Granting Motion for Default Judgment entered this day.

DATED: May 19, 2011
St. Louis, Missouri
cke

_____
Barry S. Schermer
Chief United States Bankruptcy Judge

Copies to:

Kimber H. Baro
Attorney for Debtor
1113 Howdershell Road
Florissant, MO 63031

John V. LaBarge, Jr.
Chapter 13 Trustee
P.O. Box 430908
St. Louis, MO 63143

U.S. Trustee
Office of U.S. Trustee
111 South Tenth Street
Suite 6353
St. Louis, MO 63102

Margaret Bayer
2305 N Waterford Drive
Florissant, MO 63033

American General Financial
Services, Inc.
c/o CT Corporation
120 S. Central Avenue
Clayton, MO 63105
Registered Agent

Gerard Neiters
Attorney at Law
113 Triad Center West
O'Fallon, MO 63366